IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLAWAY GOLF COMPANY,<br><br>             Plaintiff,<br><br>   v.<br><br>ACUSHNET COMPANY,<br><br>            Defendant. | C.A. No. 09-130 (SLR)<br><br>C. A. No. 09-131 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 3, 2009, true and correct copies of **PLAINTIFF CALLAWAY GOLF COMPANY'S FIRST SET OF INTERROGATORIES TO DEFENDANT ACUSHNET COMPANY (NOS. 1-27 )** and **PLAINTIFF CALLAWAY GOLF COMPANY'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ACUSHNET COMPANY (NOS. 1-149 )** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Joseph P. Lavelle<br>Kenneth W. Donnelly<br>Brian A. Rosenthal<br>Howrey LLP - DC<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>lavellej@howrey.com<br>donnellyk@howrey.com<br>rosenthalb@howrey.com |

**VIA EMAIL**

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

| | |
|---|---|
| Dated:  August 3, 2009 | FISH & RICHARDSON P.C.<br><br>By:  */s/ Thomas L. Halkowski*<br>      Thomas L. Halkowski (#4099)<br>      222 Delaware Avenue<br>      17th Floor<br>      P.O. Box 1114<br>      Wilmington, DE 19899-1114<br><br>Attorneys for Plaintiff<br>CALLAWAY GOLF COMPANY |

**CERTIFICATE OF SERVICE**

      I, Thomas L. Halkowski, hereby certify that on August 3, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

      I further certify that on August 3, 2009, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Joseph P. Lavelle<br>Kenneth W. Donnelly<br>Brian A. Rosenthal<br>Howrey LLP - DC<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>lavellej@howrey.com<br>donnellyk@howrey.com<br>rosenthalb@howrey.com |

Henry C. Bunsow
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105
bunsowh@howrey.com

                                          */s/ Thomas L. Halkowski*
                                          Thomas L. Halkowski

80082723.doc