## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY, )<br>)<br>Plaintiff, )<br>) C.A. No. 09-130-SLR<br>v. )<br>) **JURY TRIAL DEMANDED**<br>CALLAWAY GOLF COMPANY, )<br>)<br>Defendant. ) | |
| CALLAWAY GOLF COMPANY, )<br>)<br>Plaintiff, ) C.A. No. 09-131-SLR<br>)<br>v. ) **JURY TRIAL DEMANDED**<br>)<br>ACUSHNET COMPANY, )<br>)<br>Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for plaintiff Acushnet Company, hereby certifies that copies of the following documents were caused to be served on September 22, 2009, upon the following attorneys of record at the following addresses as indicated:

ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES TO
CALLAWAY GOLF COMPANY'S FIRST SET OF INTERROGATORIES
TO ACUSHNET COMPANY (NOS 1-27)

ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES TO
CALLAWAY'S FIRST SET OF REQUESTS FOR THE PRODUCTION FO
DOCUMENTS AND THINGS TO ACUSHNET COMPANY (NOS. 1-149)

## VIA HAND DELIVERY

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

**VIA ELECTRONIC MAIL**

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
shear@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Robert A. Denning
John W. Thornburgh
Jennifer K. Bush
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
thornburgh@fr.com
bush@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
compton@fr.com

OF COUNSEL:

Henry Bunsow
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: September 22, 2009
934359 / 30030-001

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
　　Richard L. Horwitz (#2246)
　　David E. Moore (#3983)
　　Hercules Plaza, 6th Floor
　　1313 North Market Street
　　Wilmington, DE 19801
　　Tel: (302) 984-6000
　　rhorwitz@potteranderson.com
　　dmoore@potteranderson.com

*Counsel for Acushnet Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 22, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 22, 2009, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
kane@fr.com

Robert A. Denning
John W. Thornburgh
Jennifer K. Bush
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA 92130
denning@fr.com
thornburgh@fr.com
bush@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
shear@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
compton@fr.com

/s/ *Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

905975 / 30030-001 (09-130)