## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALLAWAY GOLF COMPANY,<br><br>　　　　Defendant. | C.A. No. 09-130-SLR<br><br>JURY TRIAL DEMANDED |
| CALLAWAY GOLF COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　Defendant. | C.A. No. 09-131-SLR<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

The undersigned, counsel for plaintiff Acushnet Company, hereby certifies that copies of the following documents were caused to be served on December 8, 2009, upon the following attorneys of record at the following addresses as indicated:

> ACUSHNET COMPANY'S OBJECTIONS AND RESPONSES TO CALLAWAY'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ACUSHNET COMPANY [NOS. 150-159]

**VIA ELECTRONIC MAIL**

Thomas L. Halkowski  
Fish & Richardson P.C.  
222 Delaware Avenue, 17th Floor  
P.O. Box 1114  
Wilmington, DE 19899-1114  
halkowski@fr.com

Frank E. Scherkenbach  
Fish & Richardson P.C.  
225 Franklin Street  
Boston, MA 02110-2804  
scherkenbach@fr.com

| | |
|---|---|
| Michael J. Kane<br>Fish & Richardson P.C.<br>3300 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>kane@fr.com | Robert A. Denning<br>John W. Thornburgh<br>Jennifer K. Bush<br>Fish & Richardson P.C.<br>12290 El Camino Real<br>San Diego, CA 92130<br>denning@fr.com<br>thornburgh@fr.com<br>bush@fr.com |
| W. Chad Shear<br>Fish & Richardson P.C.<br>1717 Main Street<br>Suite 5000<br>Dallas, TX 75201<br>shear@fr.com | Craig R. Compton<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>compton@fr.com |

OF COUNSEL:

Henry Bunsow
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel: (415) 848-4900

Joseph P. Lavelle
Kenneth W. Donnelly
Brian A. Rosenthal
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: December 8, 2009
945433 / 30030-001

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Counsel for Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 8, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 8, 2009, the attached document was Electronically Mailed to the following person(s):

Thomas L. Halkowski
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Frank E. Scherkenbach
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804
scherkenbach@fr.com

Michael J. Kane
Fish & Richardson P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN  55402
kane@fr.com

Robert A. Denning
John W. Thornburgh
Jennifer K. Bush
Fish & Richardson P.C.
12290 El Camino Real
San Diego, CA  92130
denning@fr.com
thornburgh@fr.com
bush@fr.com

W. Chad Shear
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
shear@fr.com

Craig R. Compton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
compton@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

905975 / 30030-001